IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMA A. HALL,

    Plaintiff,

vs.

PLACER COUNTY SHERIFF'S DEPARTMENT; OFFICER ZENDER, BADGE NO. 177,

    Defendants.

No. CIV S-10-1152 JAM EFB PS

ORDER

_____/

    This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On January 13, 2011, defendants filed a motion to dismiss plaintiff's complaint and noticed the motion for hearing on February 16, 2011. Dckt. No. 26.

    On February 1, 2011, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion. Dckt. No. 27. Plaintiff contends that he needs additional time to respond to the motion due to his "college scheduling," which he attends daily, and due to his lack of legal knowledge and experience. *Id.* Plaintiff acknowledges that he did not contact defendants' counsel to obtain a stipulation for the extension, as required by Local Rule 144(c). Plaintiff is admonished that his pro se status does not excuse him from compliance with the

1

Local Rules or the Federal Rules of Civil Procedure. *See* E. D. Cal. L. R. 183(a) ( "Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules. All obligations placed on 'counsel' by these Local Rules apply to individuals appearing *in propria persona*. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules."). Nonetheless, because the extension that plaintiff seeks is relatively brief, the request will be granted. Additionally, in light of that extension, the hearing on defendants' motion and the status conference that is also currently scheduled for February 16, 2011 will be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendants' motion to dismiss, Dckt. No. 26, is continued to March 9, 2011 at 10:00 a.m. in Courtroom No. 24.

2. Plaintiff shall file an opposition to defendants' motion, or a statement of non-opposition thereto, no later than February 23, 2011.

3. Defendants may file a reply to plaintiff's opposition, if any, on or before March 2, 2011.

4. The status conference currently scheduled for February 16, 2011, Dckt. Nos. 5 and 22, is continued to May 18, 2011 at 10:00 a.m., in Courtroom No. 24.

5. On or before May 4, 2011, plaintiff shall file a status report addressing the matters referenced in the court's May 13, 2010 order, Dckt. No. 5.

6. In light of defendants' status report filed on February 2, 2011, defendants are not required to file a further status report, but if they elect to do so, any such status report shall be filed on or before May 4, 2011.

DATED: February 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2