IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMA A. HALL,

Plaintiff, No. 2:10-cv-1152-JAM-EFB PS

vs.

PLACER COUNTY SHERIFF'S DEPARTMENT; OFFICER ZENDER, BADGE NO. 177,

Defendants. ORDER TO SHOW CAUSE

____________________________________/

This case, in which plaintiff is proceeding *pro se*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On April 25, 2012, the court issued a minute order setting a status (pretrial scheduling) conference for July 11, 2012 and directing the parties to file status reports on or before June 27, 2012. Dckt. No. 49.

On June 27, 2012, defendants filed a status report. Dckt. No. 50. However, the docket reveals that plaintiff has failed to file a status report, as required by the April 25, 2012 minute order. Therefore, the undersigned will continue the status (pretrial scheduling) conference and will order plaintiff to show cause why he should not be sanctioned for failing to file a status report as ordered. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference currently scheduled for July 11, 2012, is rescheduled for August 29, 2012, at 10:00 a.m., in Courtroom No. 24.

2. Plaintiff shall show cause, in writing, on or before August 15, 2012, why sanctions should not be imposed for failure to file a status report in compliance with the court's April 25, 2012 minute order.

3. On or before August 15, 2012, plaintiff shall file a status report setting forth the matters referenced in this court's May 13, 2012 order, Dckt. No. 4.

4. Defendants are not required to file a further status report or a response to plaintiff's status report, but if they elect to do so, any such status report or response to plaintiff's status report shall be filed on or before August 22, 2012.

5. Failure of plaintiff to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed for lack of prosecution and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

DATED: July 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE