IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMA A. HALL, | |
| Plaintiff, | No. 2:10-cv-1152-JAM-EFB PS |
| vs. | |
| PLACER COUNTY SHERIFF'S DEPARTMENT; OFFICER ZENDER, BADGE NO. 177, | ORDER |
| Defendants. | |

    This case, in which plaintiff is proceeding *in forma pauperis* and *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On November 15, 2012, plaintiff filed a notice of his objection to a deposition which is scheduled for November 28, 2012 in Auburn, California. Dckt. No. 56. It is unclear to this court whether plaintiff's filing is intended to be a motion for a protective order pursuant to Federal Rule of Civil Procedure 26(c). Regardless, even if the filing was intended to be such a motion, the filing will be stricken since it was not properly noticed for hearing in accordance with Eastern District of California Local Rule 251(a) (or Local Rule 144(e)), and it does not appear that the parties have adequately met and conferred regarding the dispute. Local Rule 251(b) provides that a discovery motion will not be heard unless "the parties have

1   conferred and attempted to resolve their differences." E.D. Cal. L.R. 251(b).  The Rule further
2   provides that "[c]ounsel for all interested parties shall confer in advance of the filing of the
3   motion or in advance of the hearing of the motion in a good faith effort to resolve the differences
4   that are the subject of the motion.  Counsel for the moving party or prospective moving party
5   shall be responsible for arranging the conference, which shall be held at a time and place and in a
6   manner mutually convenient to counsel." *Id.*  Additionally, Federal Rule of Civil Procedure
7   37(a)(1) provides that a motion to compel discovery "must include a certification that the movant
8   has in good faith conferred or attempted to confer with the person or party failing to make
9   disclosure or discovery in an effort to obtain it without court action."

10  Accordingly, IT IS HEREBY ORDERED that plaintiff's notice of objection to his
11  deposition, Dckt. No. 56, is stricken.  If the parties are unable to resolve the dispute regarding
12  plaintiff's deposition by meeting and conferring either telephonically or in person in an effort to
13  resolve the dispute without court intervention, plaintiff may file a properly noticed motion for a
14  protective order under Federal Rule of Civil Procedure 26(c).

15  SO ORDERED.
16  DATED: November 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE